No. 20, October Term, 1954. ELLIS *v.* DIXON ET AL., MEMBERS OF THE BOARD OF EDUCATION OF THE CITY OF YONKERS, 349 U. S. 458;

No. 654, October Term, 1954. PAPALARDO ET AL. *v.* UNITED STATES, 349 U. S. 920;

No. 694, October Term, 1954. IN RE RINES, ADMINISTRATOR, 349 U. S. 935;

No. 703, October Term, 1954. SCHWARTZ, ADMINISTRATRIX, *v.* KANSAS CITY SOUTHERN RAILWAY CO., 349 U. S. 931;

No. 728, October Term, 1954. BEECHER *v.* LEAVENWORTH STATE BANK ET AL., 349 U. S. 945;

No. 161, Misc., October Term, 1954. BEECHER *v.* LEAVENWORTH STATE BANK ET AL., 349 U. S. 947;

No. 730, October Term, 1954. ALKER *v.* FIDELITY-PHILADELPHIA TRUST CO., TRUSTEE, ET AL., 349 U. S. 939;

No. 740, October Term, 1954. BEATY *v.* UNITED STATES, 349 U. S. 946;

No. 746, October Term, 1954. THYS COMPANY ET AL. *v.* ANGLO-CALIFORNIA NATIONAL BANK, EXECUTOR, 349 U. S. 946;

No. 761, October Term, 1954. COCO *v.* FLORIDA, 349 U. S. 931;

No. 764, October Term, 1954. HUPMAN *v.* UNITED STATES, 349 U. S. 953;

No. 444, Misc., October Term, 1954. KOSTAL *v.* CALIFORNIA, 349 U. S. 923;

No. 464, Misc., October Term, 1954. HEIRENS *v.* ILLINOIS, 349 U. S. 947;

No. 611, Misc., October Term, 1954. RODRIGUEZ *v.* JACKSON, WARDEN, 349 U. S. 963;

No. 613, Misc., October Term, 1954. WILSON *v.* DISTRICT OF COLUMBIA, 349 U. S. 963; and

No. 623, Misc., October Term, 1954. HILL *v.* UNITED STATES, 349 U. S. 964. Petitions for rehearing denied.